UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY,

Plaintiff,

*-against-*

OHIO SECURITY INSURANCE COMPANY, *and* MAYCON DeSOUSA,

Defendants.

**ORDER**

26-cv-02036 (ER)

RAMOS, D.J.:

Southwest Marine and General Insurance Company ("Southwest Marine") filed this action against Ohio Security Insurance Company ("Ohio Security") and Maycon DeSousa in March 2026. Doc. 1. Following a premotion conference, the Court granted Ohio Security leave to file a motion to dismiss. The parties completed briefing on Ohio Security's motion to dismiss on July 22, 2026. Doc. 24. On October 16, 2026, Southwest Marine requested permission to file recently obtained documents, including multiple affidavits and exhibits, with the Court. Doc. 25. Although Southwest Marine indicates the documents may aid the parties to reach a resolution in this case, Ohio Security has not reviewed said documents. Docs. 25, 26. The parties are therefore directed to meet-and-confer to discuss the contents of Southwest Marine's proposed materials and file a joint status update by October 27, 2026.

It is SO ORDERED.

Dated: October 20, 2026
New York, New York

EDGARDO RAMOS
United States District Judge